UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL RIFAI, individually and on behalf of all others similarly situated,

Plaintiff,

*– against –*

BYZFUNDER NY LLC.,

Defendant.

**ORDER**

25-cv-10119 (ER)

ANDRES VELOZ, individually and on behalf of all others similarly situated,

Plaintiff,

*– against –*

BYZFUNDER NY LLC.,

Defendant.

**ORDER**

25-cv-10198 (ER)

RAMOS, D.J.:

On January 15, 2026, the Court granted an unopposed motion to consolidate three related cases: (1) *Maggio v. Byzfunder NY LLC*, No. 25 Civ. 10040 (ER); (2) *Rifai v. Byzfunder NY LLC*, No. 25 Civ. 10119 (ER); and (3) *Veloz v. Byzfunder NY LLC*, No. 25 Civ. 10198 (ER). *See Maggio*, Doc. 8. No filings appear in *Rifai* nor *Veloz* after the consolidation order. On July 21, 2026, all three consolidated plaintiffs — Rocco Maggio, Michael Rifai, and Andres Veloz — filed a notice of voluntary dismissal, but only listed the docket number for *Maggio,* No. 25 Civ. 10040. *See Maggio*, Doc. 24. The Court ordered the dismissal of that case only on July 22, 2026. *See Maggio*, Doc. 25.

Because Rifai and Veloz dismissed their claims in the consolidated action *Maggio*, the Clerk of Court is respectfully directed to close *Rifai v. Byzfunder NY LLC*, No. 25 Civ. 10119, and *Veloz v. Byzfunder NY LLC*, No. 25 Civ. 10198.

It is SO ORDERED.

Dated: October 16, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.